IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| DERRICK LAWAYNE DANIELS, AIS 259419, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | CIVIL CASE NO. 2:23-cv-535-ECM |
| OFFICER PETERSON, *et al.*, | ) ) ) | |
| Defendants. | ) | |
| DERRICK LAWAYNE DANIELS, AIS 259419, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | CIVIL CASE NO. 2:23-cv-726-ECM |
| WARDEN BABERS, *et al.*, | ) ) ) | |
| Defendants. | ) | |

**MEMORANDUM OPINION and ORDER**

On March 11, 2024, the Magistrate Judge entered a Recommendation (doc. 17) to which no timely objections have been filed. Upon an independent review of the file and upon consideration of the Recommendation, it is

ORDERED that the Recommendation of the Magistrate Judge (doc. 17) is ADOPTED, and these cases are DISMISSED without prejudice for the Plaintiff's failure to pay the initial partial filing fee or otherwise comply with the orders of the Court.

A separate Final Judgment will be entered.

DONE this 22nd day of May, 2024.

                                        /s/ Emily C. Marks
                                    EMILY C. MARKS
                                    CHIEF UNITED STATES DISTRICT JUDGE

Case 2:23-cv-00535-ECM-KFP   Document 18   Filed 05/22/24   Page 2 of 2